UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ANTHONY PERRY, | ) | Case No.: 1:23 CV 1560 |
| Plaintiff | ) ) | JUDGE SOLOMON OLIVER, JR. |
| v. | ) ) | |
| WINDOW NATION LLC, | ) ) | |
| Defendant | ) | ORDER |

The court hereby grants Plaintiff's Motion to Dismiss (referred to by Plaintiff as Case Withdrawal) (ECF No. 14). Federal Rule of Civil Procedure 41(a) allows him to file a notice of dismissal before the opposing party serves an answer or a motion for summary judgment. No answer or motion for summary judgment has been filed herein. Thus, the court will treat Plaintiff's Motion as a notice of dismissal and confirms that it is dismissed pursuant to Federal Rule of Civil Procedure 41(a).

IT IS SO ORDERED.

*/s/ SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

January 25, 2024